# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Manfred W. Galonska<br>aka Manfred Werner Galonska<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-16865 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Rushmore Loan Management Services as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz, Esquire**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322