**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Manfred W. Galonska, | : | Chapter 13 |
| Debtor | : | Case No.:  18-16865-elf |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed March 11, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 11, 2019:*

John Lindinger, Insolvency Manager
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

*Via Electronic Filing (ECF) on March 11, 2019:*

Kurt Althouse, Esquire on behalf of Berks Fire Water Restoration, Inc.
kalthouse@bhcb.com

Kevin G. McDonald, Esquire on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bkgroup@kmllawgroup.com

Rebecca Ann Solarz, Esquire on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bkgroup@kmllawgroup.com

James M. Smith, Esquire on behalf of Attorney James Smith
jsmith@smithlawgrp.com, dcrossett@smithlawgrp.com

Joseph Jasper Swartz, Esquire on behalf of PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                          **LAW OFFICE OF STEPHEN J. ROSS, PC**

                              By:    */s/ Joseph Quinn*
                                              Joseph Quinn, Esquire
                                              Attorney I.D. No. 307467
                                              152 E. High Street, Suite 100
                                              Pottstown, PA 19464
                                              T: 610.323.5300
                                              F: 610.323.6081
                                              JQuinn@SJR-LAW.com
Date:  March 11, 2019                Counsel for Debtor