# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Manfred W. Galonska aka Manfred Werner Galonska<br><br>  Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>  Movant<br>  vs. | NO. 18-16865 ELF |
| Manfred W. Galonska aka Manfred Werner Galonska<br>  Debtor(s) | |
| William C. Miller Esq.<br>  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **December 21, 2019, Docket Number 19**.

        Respectfully submitted,

    By: **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322
        Attorney for Movant/Applicant

March 25, 2019