**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Bankruptcy No. 18-16865 |
| | : |
| MANFRED W. GALONSKA, | : |
| Debtor | : Chapter 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

    BERKS FIRE WATER RESTORATION, INC. has filed a Motion for Relief from the Automatic Stay with the court for the relief described therein.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 3, 2019 you or your attorney must do all of the following:

    (a)  file an answer explaining your position at

        ATTN:  Clerk
        U.S. Bankruptcy Court
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

        Kurt Althouse, Esquire
        Bingaman, Hess, Coblentz & Bell, P.C.
        Treeview Corporate Center, Suite 100
        2 Meridian Boulevard
        Wyomissing, PA  19610
        (610) 374-8377
        (610) 376-3105 (FAX)

750467

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Wednesday, May 15, 2019, at 10:00 A.M. in Courtroom No. 1, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA  19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  April 17, 2019

750467