IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MANFRED W. GALONSKA, | : | |
| | : | DOCKET NO.: 18-16865-ELF |
| <u>DEBTOR</u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| MANFRED W. GALONSKA, | : | |
| | : | RELATED TO DOCKET NO.: <u>53</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Second Amended Chapter 13 Plan, on the parties at the below addresses, on April 29, 2019, by:

**18-16865-ELF Notice will be electronically mailed to:**

Kurt Althouse at kalthouse@bhcb.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph L. Quinn at CourtNotices@sjr-law.com

James M. Smith at jsmith@smithlawgrp.com, dcrossett@smithlawgrp.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-16865-ELF Notice will not be electronically mailed to:**

EXECUTED ON:  April 30, 2019

                                        Respectfully submitted by,

By:    /s/ Joseph J. Swartz
          Counsel
          PA Department of Revenue
          Office of Chief Counsel
          P.O. Box 281061
          Harrisburg, PA 17128-1061
          PA Attorney I.D.:  309233
          Phone: (717) 346-4645
          Facsimile: (717) 772-1459
          JoseSwartz@pa.gov