```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Bankruptcy No. 18-16865
                                    :
MANFRED W. GALONSKA,                :
            Debtor                  :Chapter 13
```

### CERTIFICATE OF NO RESPONSE

COMES NOW, Kurt Althouse, Esquire, counsel for Berks Fire Water Restoration, Inc. ("Movant"), and hereby certifies that no answer, objection or responsive pleading has been filed or served in connection with the Motion for Relief of the Automatic Stay filed by Movant.

WHEREFORE, counsel requests this Honorable Court to enter an Order, substantially in the form of the proposed Order submitted with the Motion, granting the relief requested therein.

                              Respectfully submitted,

                              BINGAMAN, HESS, COBLENTZ & BELL, P.C.

                By:  /s/  Kurt Althouse, Esquire
                    Treeview Corporate Center
                    2 Meridian Boulevard, Suite 100
                    Wyomissing, PA  19610
                    610-374-8377 (Phone)
                    610-376-3105 (Fax)
                    kalthouse@bingamanhess.com

Date:  May 7, 2019