**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                     : Bankruptcy No. 18-16865
                                           :
MANFRED W. GALONSKA,                       :
                 Debtor                    :Chapter 13


**O  R  D  E  R**

It is hereby **ORDERED** that the Motion for Relief from Stay of

Berks Fire Water Restoration, Inc. is **GRANTED**.  It is **ORDERED** that:

The automatic stay is **MODIFIED** as to Berks Fire

Water Restoration, Inc. so as to allow it to exercise all of

its *in rem* state court remedies with respect to the property

located at 231 Bethel Church Road, Spring City, PA 19475.

**Order entered by default.**

Date: 5/15/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

750470