United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-16865-elf
Manfred W. Galonska                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi          Page 1 of 1          Date Rcvd: May 15, 2019
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db            +Manfred W. Galonska,    231 Bethel Church Road,    Spring City, PA 19475-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              JAMES M. SMITH    on behalf of Attorney James  Smith jsmith@smithlawgrp.com,
               dcrossett@smithlawgrp.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSEPH L QUINN    on behalf of Debtor Manfred W. Galonska CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              KURT  ALTHOUSE    on behalf of Creditor    Berks Fire Water Restoration, Inc. kalthouse@bhcb.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                           : Bankruptcy No. 18-16865
                                 :
MANFRED W. GALONSKA,             :
         Debtor                  :Chapter 13
```

### O R D E R

It is hereby **ORDERED** that the Motion for Relief from Stay of Berks Fire Water Restoration, Inc. is **GRANTED**.  It is **ORDERED** that:

The automatic stay is **MODIFIED** as to Berks Fire Water Restoration, Inc. so as to allow it to exercise all of its *in rem* state court remedies with respect to the property located at 231 Bethel Church Road, Spring City, PA 19475.

**Order entered by default.**

Date:  5/15/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

750470