United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16865-elf
Manfred W. Galonska                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Jennifer              Page 1 of 2              Date Rcvd: May 29, 2019
                             Form ID: pdf900             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Manfred W. Galonska,    231 Bethel Church Road,    Spring City, PA 19475-9657
aty            +James Smith,    Smith Law Group, LLC,   14133 Kutztown Road,    PO Box 626,
                 Fleetwood, PA  19522,    UNITED STATES 19522-0626
14213532       +Berks Fire Water Restorations Inc,    1145 Commons Boulevard,    Reading, PA 19605-3334
14236970       +Berks Fire Water Restorations LLC,    c/o James M. Smith, Esq.,   14133 Kutztown Rd.,
                 PO Box 626,   Fleetwood, PA 19522-0626
14213533       +Ditech Financial LLC fka Green Tree Serv,    1100 Virgina Drive,   Suite 100A,
                 Fort Washington, PA 19034-3276
14213535        Pennsylvania Department of Revenue,    PO Box 280432,   Harrisburg, PA 17128-0432
14247118       +Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, CA 92619-5004
14213536       +Smith Law Group, LLC,    14133 Kutztown Road,   PO Box 626,   Fleetwood, PA 19522-0626
14225581       +WSFS Inc.,   c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 30 2019 02:50:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2019 02:50:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14275207       +E-mail/Text: KALTHOUSE@BHCB.COM May 30 2019 02:51:08     Berks Fire Water Restoration, Inc.,
                 c/o Kurt Althouse, Esquire,    Treeview Corporate Center,   2 Meridian Blvd., Ste. 100,
                 Wyomissing, PA 19610-3202
14213534        E-mail/Text: cio.bncmail@irs.gov May 30 2019 02:50:17     Internal Revenue Service,
                 Insolvency Section,    PO Box 21126,   Philadelphia, PA 19114
14218650        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 02:50:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Berks Fire Water Restoration, Inc.,    c/o Kurt Althouse, Esquire,   Treeview Corporate Center,
                 2 Meridian Boulevard,    Suite 100,   Wyomissing, PA 19610-3202
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              JAMES M. SMITH    on behalf of Attorney James  Smith jsmith@smithlawgrp.com,
               dcrossett@smithlawgrp.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSEPH L QUINN    on behalf of Debtor Manfred W. Galonska CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              KURT   ALTHOUSE    on behalf of Creditor    Berks Fire Water Restoration, Inc. kalthouse@bhcb.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Jennifer            Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: pdf900           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :      Chapter 13
    MANFRED W. GALONSKA,                 :
        Debtor(s)                         :      Bky. No.   18-16865 ELF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  May 29, 2019

                                        ERIC L. FRANK
                                        U.S. BANKRUPTCY JUDGE